STATE OF NEW JERSEY v. LARRY RASMUSSEN.

October 6, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. RONALD W. TELEPO.

October 6, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. RONALD TELEPO.

October 6, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. PEDRO SANCHEZ.

October 6, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT E. BUTLER.

October 6, 1987.

Petition for certification denied.